United States District Court

Eastern District of California

United States of America,

    Plaintiff,          No. Mag. 06-39 DAD

  vs.                  Detention Order

Joshua Klomp,

    Defendant.

-oOo-

A. <u>Order For Detention</u>

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement Of Reasons For The Detention</u>

The Court orders the defendant's detention because it finds:

  __x__    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  __x__    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

the safety of any other person and the community.

C. <u>Findings Of Fact</u>

    The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

<u> x </u>   (1) Nature and Circumstances of the offense charged.

    <u> x </u>   (a) The crime: <u>Distribution of child pornogrpahy.</u>

    <u>    </u>   (b) The offense is a crime of violence.

    <u>    </u>   (c) The offense involves a narcotic.

    <u>    </u>   (d) The offense involves a large amount of controlled substances.

<u>    </u>   (2) The weight of the evidence against the defendant is high.

<u> x </u>   (3) The history and characteristics of the defendant including:

<u>    </u>(a) General Factors:

    <u>    </u> The defendant appears to have a mental condition which may affect whether the defendant will appear.

    <u>    </u> The defendant has no family ties in the area.

    <u> x </u> The defendant has no steady employment.

    <u> x </u> The defendant has no substantial financial resources.

    <u>    </u> The defendant is not a long time resident of the community.

    <u>    </u> The defendant does not have any significant community ties.

    <u> x </u> Past conduct of the defendant: <u>Conviction for lewd act with child under 14 years; probation violation for failure to</u>

1                         <u>register as sex offender.</u>

2          _____    The defendant has a history relating to drug abuse.

3
4          _____    The defendant has a significant prior criminal record.

5          _____    The defendant has a prior record of failure to appear at court proceedings.

6
7     (b)    Whether the defendant was on probation, parole, or release by a court;

8     At the time of the current arrest, the defendant was on:

9          _____    Probation.

10         _____    Parole.

11
12         _____    Release pending trial, sentence, appeal or completion of sentence.

13    (c)    Other Factors

14         _____    The defendant is an illegal alien and is subject to deportation.

15
16         _____    The defendant is a legal alien and will be subject to deportation if convicted.

17         _____    Other:

18    __x__    (4)    <u>Rebuttable Presumptions</u>

19    In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s)
20    contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

21
22         _____    (a)    (1) The crime charged is one described in § 3142(f)(1)

23                    _____    (A) a crime of violence; or

24                    _____    (B) an offense for which the maximum penalty is life imprisonment or
25                              death; or

26

3

|   |   |   |
|---|---|---|
| \_\_\_\_ | (C) | a controlled substance violation that has a maximum penalty of ten years or more; or |
| \_\_\_\_ | (D) | a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
|   | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
|   | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
|   | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |
| <u>  x  </u> | (b) | There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed |

\_\_\_\_\_  in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

\_\_\_\_\_  the Controlled Substances Act, 21 U.S.C. §§ 951, et seq.,

\_\_\_\_\_  the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

\_\_\_\_\_  an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

<u>  x  </u>  an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

D.   <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

4

1  The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the
2  extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and
3
   The defendant be afforded reasonable opportunity for private
4  consultation with his counsel; and

5  That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the
6  corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an
7  appearance in connection with a court proceeding.

8
   Dated: February 7, 2006.
9

10
                                       /s/ Peter A. Nowinski
11                                         Peter A. Nowinski
                                           Magistrate Judge
12